Matter of Leo v Fox-McDonough

2026 NY Slip Op 02268

April 15, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Nicholas Leo, Jr., petitioner,

v

Elizabeth Fox-McDonough, etc., respondent. Nicholas Leo, Jr., Yonkers, NY, petitioner pro se.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 15, 2026

2026-00780

Mark C. Dillon, J.P.

Paul Wooten

Lourdes M. Ventura

Lisa S. Ottley, JJ.

Letitia James, Attorney General, New York, NY (Matthew W. Henry of counsel), for respondent.

[*1]

DECISION & JUDGMENT

Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of mandamus to compel the respondent, Elizabeth Fox-McDonough, a Justice of the Supreme Court, Nassau County, to decide certain motions in an action entitled Buonocore v Leo, pending in the Supreme Court, Westchester County, under Index No. 69368/24.

ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman, 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.

DILLON, J.P., WOOTEN, VENTURA and OTTLEY, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court